# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SCOTT SPINKA,<br><br>    Plaintiff,<br><br>v.<br><br>INFUSYSTEMS II, INC., a Michigan corporation, VENTURE MEDICAL, INC., a Michigan corporation, STEVEN E. WATKINS, FRED KAMIENNY, FRED L. ERLICH, RICHARD MOSS, and STEVEN KRSTEVICH,<br><br>    Defendants. | Case No. 97-74647 |



## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel, hereby stipulate that the above-referenced cause of action against all of the above-named defendants shall be dismissed *with* prejudice as the parties have concluded a settlement of said action. Any outstanding court costs shall be taxed to the Plaintiff.

|  | Respectfully submitted, |
|---|---|
| ATTORNEY FOR DEFENDANTS | ATTORNEY FOR PLAINTIFF SCOTT SPINKA |
| _____<br>FREDERICK D. ELIAS<br>Cohen & Elias<br>6735 Telegraph Road, Su. 340<br>Bloomfield Hills, MI 48301-3145<br>Tele: (248) 258-9400 | _____<br>J. JOSEPH RAYMOND<br>Schlueter & Byrne<br>11 S. Meramec Ave., Su. 1400<br>St. Louis, MO 63105<br>Tele: (314) 727-0777 |

